IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| FRANK SOLOMON FEDD, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:13-cv-83 (WLS) |
| Warden CEDRIC TAYLOR, | : |
| Defendant. | : |

## ORDER

In a March 31, 2014 Order, the Court found that Petitioner Frank Fedd's petition for a writ of habeas corpus was a "mixed petition" under *Rose v. Lundy*, 455 U.S. 509 (1982), requiring him to "either (a) inform the Court of his desire to return to state court to exhaust the second ground for relief or (b) amend his petition consistent with this order to present only exhausted claims." (Doc. 18.) The Court gave Fedd fourteen days from the entry of its Order to choose an option. To date, however, Fedd has not responded to the Court's Order. Therefore, within **fourteen (14) days** of the entry of this Order, Fedd shall show cause why his petition should not be dismissed for lack of jurisdiction. If Fedd fails to timely comply with this Order, his Complaint may be dismissed without further notice or proceeding.

**SO ORDERED**, this __3rd__ day of June, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**